USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/11/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JIMMY S.C. JINN,                                               20 Civ. 1122 (PGG) (RWL)

                Plaintiff,                        **ORDER**

      - against -

SIG SAUER, INC.,

                Defendant.
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      By September 21, 2020, the parties shall file a joint letter briefly updating the Court on the status of the instant matter.

                                          SO ORDERED.

                                          ROBERT W. LEHRBURGER
                                          UNITED STATES MAGISTRATE JUDGE

Dated:      September 11, 2020
                New York, New York

Copies transmitted to all counsel of record.