UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JIMMY S.C. JINN,

                Plaintiff,

        - against -

SIG SAUER, INC.,

                Defendant.
------------------------------------------------------------X

20-CV-1122 (PGG) (RWL)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/23/2022

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

As per the conference held on February 23, 2022:

1. Defendant may take a deposition of no more than one hour in length of the DHS agent that inspected the pistol at issue;

2. The deadline for fact and expert discovery to be completed is extended to April 15, 2022.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:     February 23, 2022
             New York, New York

Copies transmitted to all counsel of record.