UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
                                                                            :

JIMMY S.C. JINN,                                  :      Case No.: 1:20-CV-1122-PGG-RWL

                    Plaintiff,            :

     vs.                                                :      **NOTICE OF SIG SAUER, INC.'S**
                                                      :      **MOTION FOR SUMMARY**
SIG SAUER, INC.,                           :      **JUDGMENT**

                    Defendant.           :

                                                        :
------------------------------------------------------------------ X

        **PLEASE TAKE NOTICE** that upon the Declaration of Brian Keith Gibson dated May 27, 2022, the exhibits annexed thereto, and the accompanying memorandum of law, attorneys for Defendant Sig Sauer, Inc. will move this Court before the Honorable Paul G. Gardephe, United States District Judge, at the Thurgood Marshall United States Courthouse, 40 Foley Square, Courtroom 705, New York, New York 10007, for an order entering summary judgment in Sig Sauer's favor on Plaintiff's claims pursuant to Fed. R. Civ. P. 56.

        **PLEASE TAKE FURTHER NOTICE** that pursuant to the Court's Endorsed Order of April 28, 2022 (ECF No. 48), Plaintiff's opposition brief is due by July 8, 2022, and Sig Sauer, Inc.'s reply is due by July 21, 2022.

Dated: May 27, 2022                                    Respectfully submitted,

                                                                  /s/ B. Keith Gibson
                                                                  Robert L. Joyce, Esq.
                                                                  B. Keith Gibson, Esq.
                                                                  Kristen E. Dennison, Esq.
                                                                  Littleton Park Joyce Ughetta & Kelly, LLP
                                                                  The Centre at Purchase
                                                                  4 Manhattanville Road, Suite 202
                                                                  Purchase, NY 10577

                                                                  *Attorneys for Defendant Sig Sauer, Inc.*