**EXHIBIT 9**

**ROSCOMMON, SEPTA, MILWAUKEE, ROSE CASINO, SAINT CLARE PRISON VIDEOS**