**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JIMMY S.C. JINN,,

                Plaintiff,           20 **CIVIL** 1122(PGG)

      -against-                  **JUDGMENT**

SIG SAUER. INC.,

                Defendants.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion & Order September 13, 2023, Judge Lehrburger's R&R is adopted in its entirety. Defendant's motions to preclude Plaintiff's experts and for summary judgment are granted, and Plaintiff's motion for leave to file a video exhibit is denied. Accordingly, the case is closed.

**Dated:**  New York, New York
            September 14, 2023

                                              **RUBY J. KRAJICK**
                                               Clerk of Court

                              **BY:**
                                                _____
                                                  **Deputy Clerk**